# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:21-cr-53-T-KKM-TGW

ANGELA M. ERISMAN
_____/

## ORDER OF FORFEITURE

The United States of America moves for an order of forfeiture against Angela Erisman for $152,145.41, which represents the proceeds that Erisman obtained through her wire-fraud scheme and access-device fraud. (*See* Doc. 16).

After reviewing the relevant facts, the Court finds that Erisman obtained at least $152,145.41 as a result of wire fraud and access-device fraud and that she pleaded guilty to counts for those offenses.

The following is therefore **ORDERED**:

1. The USA's motion for an order of forfeiture (Doc. 16) is **GRANTED**.

2. Consistent with 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2)(B), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, Erisman is liable for an order of forfeiture for $152,145.41.

3. Because Erisman dissipated the $152,145.41 in proceeds, the United States may seek, as a substitute asset under 21 U.S.C. § 853(p), as incorporated by

28 U.S.C. § 2461(c) and/or 18 U.S.C. § 982(b)(1), forfeiture of any of Erisman's property up to the value of $152,145.41.

4. This order will become a final order of forfeiture against Erisman at sentencing.

5. The Court retains jurisdiction (1) to address any third-party claim that may be asserted in these proceedings and (2) to enter any further order necessary for the forfeiture and disposition of Erisman's property or for any substitute assets that the United States may seek to forfeit consistent with this order.

**DONE** in Tampa, Florida, on April 29, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record